

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00417-CR
### No. 10-23-00418-CR

**VINCENT DEARON JACKSON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court Nos. 2012-949-C2 and
### 2020-531-C2

## MEMORANDUM OPINION

Vincent Dearon Jackson was convicted in 2015 and in 2020. He now attempts to appeal those convictions. His notice of appeal is untimely. *See* TEX. R. APP. P. 26.2(a)(1); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) ("A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended in open court....").

We have no jurisdiction of an untimely appeal. *Olivo*, 918 S.W.2d at 522 (no appellate jurisdiction where notice of appeal is untimely). Accordingly, these appeals are dismissed. *See id.* at 523.

                              TOM GRAY
                              Chief Justice

Before Chief Justice Gray,
     Justice Smith, and
     Justice Wright[1]
Appeals dismissed
Opinion delivered and filed January 18, 2024
Do not publish
[CR25]



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.